DUPLICATE ORIGINAL *Original*

FINDING RE PROBABLE CAUSE

09-1339M

FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY [name] DEPUTY

On June 28, 2009, at 8:00 p.m., Agent Alexander of the United States Immigration and Customs Enforcement appeared before me regarding the probable cause arrest of defendants OMAR BURGOS-HERNADEZ, aka JUAN DIEGO-ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ, aka JORGE RENE CASTILLO-LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ, and JOSE LUIS HERNANDEZ occurring on June 28, 2009, at 1:00 a.m., at La Verne, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists/does not exist** probable cause to arrest the defendants for a violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), Harboring Illegal Aliens.

/X/ It is ordered that defendants OMAR BURGOS-HERNADEZ, aka JUAN DIEGO-ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ, aka JORGE RENE CASTILLO-LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ, and JOSE LUIS HERNANDEZ be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on June 29, 2009.

/_____/ It is ordered that defendants OMAR BURGOS-HERNADEZ, aka JUAN DIEGO-ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ, aka JORGE RENE

<u>CASTILLO-LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ</u>, and <u>JOSE LUIS HERNANDEZ</u> be discharged from custody on this charge forthwith.

DATED: June 28, 2009, at 8:00 a.m/(p.m.)

CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE